MOSCOWITZ & MOSCOWITZ, P.A., NORMAN A. MOSCOWITZ, individually, and JANE W. MOSCOWITZ, individually, Appellants,
v.
DYADIC INTERNATIONAL, INC., ERNST & YOUNG, L.L.P., and ERNST & YOUNG-HONG KONG, L.P., GREENBERG TRAURIG, L.L.P., and GREENBERG TRAURIG, P.A., ROBERT I. SCHWIMMER, individually, BILZIN, SUMBERG, BAENA, PRICE & AXELROD, L.L.P., and JENKENS & GILCHRIST, P.C., Appellees.
No. 4D09-4402.
District Court of Appeal of Florida, Fourth District.
May 5, 2010.
Thomas E. Scott and Steven Safra of Cole, Scott & Kissane, P.A., Miami, for appellants.
Charles J. Bennardini and Steven M. Katzman of Katzman, Wasserman, Bennardini & Rubinstein, P.A., Boca Raton, for appellee Dyadic International, Inc.
PER CURIAM.
Affirmed.
FARMER, HAZOURI and DAMOORGIAN, JJ., concur.
Not final until disposition of timely filed motion for rehearing.